UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD SHAW, a/k/a "Jerry Shaw,"<br><br>Defendant. | **INFORMATION**<br><br>25 Cr. _____<br><br>**25 CRIM 158** |

**COUNT ONE**
**(Conspiracy to Commit Wire Fraud)**

The United States Attorney charges:

1. From at least in or about 2016, through at least in or about June of 2020, in the Southern District of New York and elsewhere, GERALD SHAW, a/k/a "Jerry Shaw," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that GERALD SHAW, a/k/a "Jerry Shaw," the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, SHAW, agreed with others to engage in an advanced fee fraud scheme through which SHAW and his co-conspirators, using interstate phone calls, emails, and wire transfers, among other means, falsely represented to

victims that a purported financial institution, Dominion Bank, as well as its affiliates, would obtain substantial financing or credit, including standby letters of credit ("SBLCs"), for victims in exchange for large up-front payments, when in fact no financing existed, the victims did not receive the promised credit, and Dominion generally refused to provide refunds requested by victims.

### Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   In or about February 2017, GERALD SHAW, a/k/a "Jerry Shaw," the defendant, attended a meeting in Manhattan with co-conspirators who founded and ran Dominion Bank.

b.   On or about May 11, 2018, SHAW sent by email an application for an SBLC from Dominion Bank to a victim ("Victim-1") who then paid funds to obtain the SBLC from Dominion. The SBLC turned out to be unusable and Victim-1 was unable to obtain the return of the funds Victim-1 had paid for the SBLC.

(Title 18, United States Code, Section 371.)

### **FORFEITURE ALLEGATION**

4.   As a result of committing the offense alleged in Count One of this Information, GERALD SHAW, a/k/a "Jerry Shaw," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable

to the commission of said offense, including but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSETS PROVISION

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of GERALD SHAW, a/k/a "Jerry Shaw," the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

                                                                   MATTHEW PODOLSKY
                                                                   Acting United States Attorney