Daniel W. Podair
212 378 7545
dpodair@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

> *The sentencing is adjourned to November 4, 2025 at 2:30 p.m.*
>
> *So ordered.*
> *[signature] 8/8/25 USDJ*

August 6, 2025

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Gerald Shaw,* **1:25-cr-158-JGK**

Dear Judge Koeltl:

We represent Gerald Shaw in the above-referenced matter. We write to respectfully request the adjournment of Mr. Shaw's sentencing which is currently set for September 16, 2025. We request that Mr. Shaw's sentencing be adjourned to November 4, 2025 or another date in early November convenient for the Court. This is Mr. Shaw's first request for an adjournment and the government consents to the request.

The reason for the adjournment is that we are currently gathering documentation to support Mr. Shaw's sentencing submission, including medical records, and require additional time to complete this process.

Thank you for your consideration of our request.

Sincerely,

[signature]

Daniel W. Podair

Cc:

AUSA Margaret Lynaugh (via ECF)