Daniel W. Podair
212 378 7545
dpodair@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

September 29, 2025

*Adjourned to Wednesday, November 19, 2025, at 11:30am*
*SO ORDERED.*
*[signature]*
*10/1/25    JSO*

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Gerald Shaw,* 1:25 CR 158-JGK

Dear Judge Koeltl:

We represent Gerald Shaw in the above-referenced matter. We write to respectfully request a brief adjournment of Mr. Shaw's sentencing which is currently set for November 4, 2025. We request that Mr. Shaw's sentencing be adjourned to a date convenient for the Court during the weeks of November 17, November 24, or December 1 except November 20, November 27, or November 28. The government consents to our request. This is Mr. Shaw's second request for an adjournment. Mr. Shaw's sentencing was previously adjourned from September 16, 2025 to November 4, 2025.

The reason for the additional adjournment is that Mr. Shaw is in the process of undergoing additional medical testing to support his sentencing submission and we require a few additional weeks to complete this process.

Thank you for your consideration of our request.

Sincerely,

[signature]

Daniel W. Podair

Cc:

ASUA Margaret Lynaugh (via ECF)