Daniel W. Podair
212 378 7545
dpodair@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

November 13, 2025

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Gerald Shaw,* **1:25 CR 158-JGK**

Dear Judge Koeltl:

    We represent Gerald Shaw in the above-referenced matter. With the government's consent and to accommodate defense counsel's schedule, we respectfully request that the Court adjourn sentencing from November 19, 2025 at 11:30 a.m. to December 22, 2025 at 3 p.m. Based on consultations with Chambers, we understand that the Court is available at this date and time.

    Thank you for your consideration of our request.

                          Sincerely,
                          */s/ Daniel W. Podair*
                          Daniel W. Podair

cc:    ASUA Margaret Lynaugh (via ECF)

*[Handwritten notation:]* ADJOURNED TO MONDAY, DECEMBER 22, 2025, AT 3:00PM. SO ORDERED. 11/17/25 [signed] J. Koeltl USDJ