

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Gerald Shaw*, 25 Cr. 158 (JGK)

Dear Judge Koeltl:

     The Government writes to request a brief extension of its deadline to submit a proposed order of restitution, to Tuesday, March 10, 2026. The Government is scheduled to speak with one additional victim on Monday and will then provide the draft order to defense counsel for their review before submitting to the Court. Defense counsel consents to this request.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney for the
          Southern District of New York

By: _____
          Maggie Lynaugh
          Assistant United States Attorney
          (212) 637-2448

CC: Julia Gatto and Daniel Podair (by ECF)

APPLICATION GRANTED
SO ORDERED

3/7/26     _____
          John G. Koeltl, U.S.D.J.