Julia Gatto
212 378 7587
jgatto@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Via ECF**

June 12, 2026

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *United States v. Gerald Shaw, 25 cr 158*

Your Honor:

    With the consent of the government, we write to seek an extension of the date on which Mr. Shaw is scheduled to surrender to serve his prison sentence—from July 17, 2026 to November 1, 2026.

    As the Court will recall, Mr. Shaw's partner, Diane Mindrum, is currently undergoing treatment for breast cancer. Since the last time the parties were before the Court, Ms. Mindrum's doctors have scheduled her for a more aggressive treatment plan, including a round of chemotherapy that will conclude on October 23. The proposed surrender date will permit Mr. Shaw, who is Ms. Mindrum's primary caregiver, to continue providing care and support to her during her treatment.

    Mr. Shaw and his family thank the Court for its consideration of this application.

Respectfully Submitted,

/s/ Julia Gatto
Julia Gatto
Dan Podair
STEPTOE LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Attorneys for David Smothermon

cc:     All Counsel (via ECF)

APPLICATION **GRANTED**
SO ORDERED

7/1/26.

John G. Koeltl, U.S.D.J.